IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENYATA HARMON     PLAINTIFF

VS.     CIVIL ACTION NO. 4:09-CV-24-P-A

ROBERT STURDIVANT, ET AL     DEFENDANTS

## ORDER

To proceed with the trial herein set for 9:00 a.m. on Tuesday, July 31, 2012, at the United States Courthouse, **Greenville,** Mississippi, and pursuant to 28 U.S.C. §2241 (c) (5) and the Court's Local Rule M-2 (f) (2), it is hereby ORDERED:

That the Clerk of Court shall forthwith issue writs of habeas corpus ad testificandum directing the **Superintendent of Wilkinson County Correctional Facility, P.O. Box 1079, Woodville, MS 39669**; the **Superintendent of East Mississippi Correctional Facility, 10641 Highway 80 West, Meridian, MS 39307**; and the **Superintendent of South Mississippi Correctional Facility, P.O. Box 1419, Leakesville, MS 39451** to deliver the following inmates:

**Kenyata Harmon #R5315, Wilkinson County Correctional Facility, Woodville, MS**

**Solomon Kennedy #83263, East Mississippi Correctional Facility, Meridian , MS**

**Thomas Williams #111951, South Mississippi Correctional Facility; Leakesville, MS;** and

to the United States District Court for the Northern District of Mississippi for the trial set in this cause at the aforesaid time and place, and further directing the Superintendents, upon completion thereof, to remove said inmates in his custody. The Superintendents shall make the

inmates available at the aforesaid time and retain custody until the completion of the proceedings. The facilities of the United States Marshal may be utilized to temporarily house the inmate.

This the 25th day of June, 2012.

      s/ David Bramlette
UNITED STATES DISTRICT JUDGE