**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENYATA HARMON**                                                                        **PLAINTIFF**

**v.**                                                      **No. 4:09CV24-DCB-SAA**

**ROBERT STURDIVANT, ET AL.**                                      **DEFENDANT**

**JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by the defendants for summary judgment is **DENIED**.

**SO ORDERED,** this the   12th   day of July, 2012.

                                                                     s/ David Bramlette   
                                                           UNITED STATES DISTRICT JUDGE